IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-680-GCM

| | |
|---|---|
| REGINA BOSTON, )<br>  Plaintiff, )<br>v. )<br> )<br>LEADING EDGE RECOVERY )<br>SOLUTIONS, LLC, )<br>  Defendant. )<br> ) | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **TIMOTHY J. TOMMASO**, filed November 2, 2012 [doc.# 6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Tommaso is admitted to appear before this court *pro hac vice* on behalf of defendant Leading Edge Recovery Solutions, LLC.

**IT IS SO ORDERED.**

Signed: November 5, 2012

Graham C. Mullen
United States District Judge