# United States District Court
## For The Western District of North Carolina
## Charlotte Division

REGINA BOSTON,

        Plaintiff(s),

vs.

LEADING EDGE RECOVERY SOLUTIONS, LLC,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12-cv-00680-GCM

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 3, 2012 Order.

Signed: December 3, 2012

Frank G. Johns, Clerk
United States District Court